FILED
CLERK, U.S. DISTRICT COURT

MAR 17 2011

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | ED11MJ00098 |
| ANTHONY JAMES CHAVES | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _DEFENDANT_, IT IS ORDERED that a detention hearing is set for _3/22/11_, _____, at _1:30_ ☐a.m. / ☒p.m. before the Honorable _OSWALD PARADA_, in Courtroom _3_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _3/17/11_

_[signature]_
U.S. District Judge/Magistrate Judge